**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-2153**

———————

CORNELIA MORRIS,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General; UNITED
STATES OF AMERICA,

Defendants - Appellees,

and

DARRYL GARNER,

Defendant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Wallace W. Dixon,
Magistrate Judge.  (CA-04-858)

———————

Submitted:  May 5, 2006                Decided:  June 5, 2006

———————

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cornelia Morris, Appellant Pro Se.  Joan Brodish Binkley, OFFICE OF
THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cornelia Morris appeals the magistrate judge's order granting the Defendants' motion to dismiss her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Morris v. Potter, No. CA-04-858 (M.D.N.C. Sept. 30, 2005).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000).